UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUMALDO BARBOZA,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES,<br><br>    Respondent. | 1:05-cv-01403-REC-TAG-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE<br>(Doc. 8) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 1, 2006, petitioner filed a motion to extend time to pay the $5.00 filing fee in this action. (Doc. 8).

    Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Petitioner's motion for an extension of time (Doc. 8), is GRANTED. Petitioner has thirty (30) days from the date of service of this order in which to pay the $5.00 filing fee.

IT IS SO ORDERED.

Dated: **March 12, 2006**             **/s/ Theresa A. Goldner**
**j6eb3d**                                             UNITED STATES MAGISTRATE JUDGE