IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUMALDO BARBOZA,

    Petitioner,               No. CIV 05-1403 ALA HC

    vs.

JAMES A. YATES,

    Respondent.          <u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding pro se, has paid the $5.00 filing fee pursuant to 28 U.S.C. § 1915. Since Petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, Respondent will be directed to file a response to Petitioner's habeas petition.

    Therefore, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file a response to Petitioner's habeas petition within thirty-five days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. *See* Rule 5, Fed. R. Governing § 2254 Cases;

        2. If the response to the habeas petition is an answer, Petitioner's reply, if any, shall be filed and served within thirty-five days after service of the answer;

        3. If the response to the habeas petition is a motion, Petitioner's opposition or

1

statement of non-opposition to the motion shall be filed and served within thirty-five days after service of the motion, and Respondents' reply, if any, shall be filed and served within twenty-one days thereafter; and

    5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: September 27, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation