IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUMALDO BARBOZA,

     Petitioner,                   No. 1:05-cv-01403 ALA HC

     vs.

JAMES A. YATES,

     Respondent.                ORDER

_____/

     Petitioner Rumaldo Barboza is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 3, 2007, respondent filed an answer to the petition. The court requests petitioner file a traverse prior to issuing a ruling.

     Therefore, IT IS HEREBY ORDERED that petitioner file a traverse within thirty-five (35) days of the date of this order.

/////

DATED: February 19, 2008

                                           /s/ Arthur L. Alarcón
                                           UNITED STATES CIRCUIT JUDGE
                                           Sitting by Designation