IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUMALDO BARBOZA,

    Petitioner,                 No. 1:05-cv-01403 ALA HC

    vs.

JAMES A. YATES,

    Respondent.              ORDER

_____/

    Petitioner Rumaldo Barboza is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 19, 2008, this court ordered petitioner to file a traverse. On February 28, 2008, petitioner notified the court that he was unable to comply with the court's February 19, 2008, order because he had not received respondent's December 3, 2007, answer. As such, respondent will be ordered to serve a copy of the December 3, 2007, answer on the petitioner.

    Therefore, IT IS HEREBY ORDERED that:

        1. Respondent shall serve petitioner with a copy of the December 3, 2007, answer within twenty-eight (28) days of the date of this order; and

        2. Petitioner shall file a traverse within fifty-six (56) days of the date of this order.

1

1  /////

2  DATED: February 29, 2008

3                                           /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
4                                           Sitting by Designation