IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUMALDO BARBOZA,

    Petitioner,                  No. 1:05-cv-1403 ALA HC

    vs.

JAMES A. YATES,

    Respondent.               ORDER

_____/

    Petitioner has requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's March 17, 2008, motion for an enlargement of time is GRANTED; and

    2. Petitioner shall file his traverse on or before April 26, 2008.

/////

DATED: March 19, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation